# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

JERRY MCCLURE                                                                                      PLAINTIFF

v.                               NO. 4:17CV00424 JLH

LITTLE ROCK SCHOOL DISTRICT,
A Public Body Corporate                                                                            DEFENDANT

## JUDGMENT

Pursuant to the Opinion and Order entered separately today, judgment is entered in favor of the Little Rock School District on the complaint of Jerry McClure. The complaint of Jerry McClure is dismissed with prejudice.

IT IS SO ORDERED this 15th day of April, 2019.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE